IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:18CR398-1 |
| TEVIN ZAKAR CRITE | : | |

The Grand Jury charges:

COUNT ONE

On or about May 3, 2018, in the County of Guilford, in the Middle District of North Carolina, TEVIN ZAKAR CRITE, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Beretta 9mm handgun; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT TWO

On or about July 28, 2018, in the County of Guilford, in the Middle District of North Carolina, TEVIN ZAKAR CRITE, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce firearms, that is, a Bryco

Arms .380 caliber handgun and a Sig-Sauer 9mm handgun; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: October 29, 2018

MATTHEW G.T. MARTIN
United States Attorney

*/s/ Nicole R Dupre*
BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON